UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SONNIEL GIDARISINGH,
    Plaintiff,

v.                                                            Case No. 08-C-0082

SGT MALONE, CO II BECKER, SGT HART,
JENNY FUERSTENBERG, CO II HAYNES,
DONALD STRAHOTA, CO II KELLER,
SGT GARRISON, CO II VAN BUREN, and
CORRECTIONAL OFFICER BUWALDA,
    Defendants.

## DECISION AND ORDER

Plaintiff Sonniel Gidarisingh, who is proceeding pro se, lodged a civil rights complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. In a decision and order dated September 15, 2008, I granted plaintiff's motion for leave to proceed in forma pauperis. I also struck plaintiff's complaint and ordered him to file an amended complaint that complied with Federal Rules of Civil Procedure 18 and 20. Instead of filing an amended complaint, plaintiff filed a motion to withdraw his complaint. I will grant plaintiff's motion and dismiss this action without prejudice. Plaintiff is not required to pay the $350.00 filing fee for this action. Nor does he incur a "strike" under 28 U.S.C. § 1915(g) for filing the complaint in this action.

**IT IS THEREFORE ORDERED** that plaintiff's motion to withdraw his complaint (Docket #14) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS ALSO ORDERED** that copies of this order be sent to the warden of the institution where the inmate is confined and to Corey F. Finkelmeyer, Assistant Attorney General, Wisconsin Department of Justice, P.O. Box 7857, Madison, Wisconsin, 53707-7857.

Dated at Milwaukee, Wisconsin, this 22 day of October, 2008.

/s_____
LYNN ADELMAN
District Judge